# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157096(90)

DAVID PLUMLEY, Trustee of the
ERMA ROGERS REVOCABLE TRUST,
on Behalf of the Trust and Others Similarly
Situated
      Plaintiff-Appellee,

v

ERICKSON RETIREMENT COMMUNITIES,
REDWOOD CAPITAL INVESTMENTS, INC.,
SENIOR CAMPUS LIVING, INC., and SENIOR
CAMPUS SERVICES, LLC
      Defendants,
and

HENRY FORD VILLAGE, INC., REDWOOD-
ERC MANAGEMENT, LLC, and LIFE CARE
SERVICES, LLC,
      Defendants-Appellants.
_____/

SC: 157096
COA: 332495
Wayne CC: 14-006796-CK

      On order of the Chief Justice, the motion of plaintiff-appellee to file an answer in excess of the page limitation is GRANTED. The 58-page answer submitted on March 20, 2018, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2018



Clerk